AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

**SOUTHERN** District of **OHIO**

INGRID MARINO

V.

BOARD OF TRUSTEES OF THE COLUMBUS METROPOLITAN LIBRARY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **C2 06 85**

**JUDGE MARBLEY**

**MAGISTRATE JUDGE KEMP**

TO: (Name and address of Defendant)

Board of Trustees of the Columbus Metropolitan Library

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

INGRID MARINO
629 Oak Street #B
Columbus, OH 43215-3910

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**James Bonini, Clerk**

CLERK

(By) DEPUTY CLERK

DATE **2-3-06**

2

➤AO 440 (Rev. 8/01) Summons in a Civil Action

| Case Number C2 06 85 | RETURN OF SERVICE Board of Trustees, Columbus Metropolitan Library |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE February 8, 2006, 10:41a.m. |
| NAME OF SERVER (PRINT) Rev. Anthony Hodge | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 96 South Grant Avenue, Columbus, Ohio, 43215-4781

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Rev. Anthony Hodge left the court papers with Sam Towns, Security Guard, Columbus, Ohio Metropolitan Library.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 8, 2006        *Signature of Server* Rev. Anthony Hodge

*Address of Server* 1695 Franklin Avenue, Columbus, Ohio, 43205

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.