

# The Supreme Court of Ohio

## Attorney Information

The address and telephone information found in this listing has been provided to the Attorney Registration Section by the attorney. The directory lists an attorney's business address. An attorney's residence address is displayed **only** if the attorney has not provided a business address. See, Gov. Bar R. VI, Sec. 1(G). "Invalid" next to the address indicates that mail sent to this address has been returned as undeliverable or that the attorney has not provided a complete mailing address. If you believe any information listed below is incorrect, please click here for instructions

### Ingrid Marino

| | |
|---|---|
| Current Registration: | Not Required **See Definitions below** |
| Reason if NOT REQUIRED: | Ex-Corporate |
| Ohio Admission: | Last Discipline: No Discipline |
| Registration Number: | 0069293 |

| | |
|---|---|
| Attorney Title: | Assistant General Counsel |
| Office: | Glimcher Development Corporation |
| Office Address: | 20 South Third Street |
| | Columbus, OH   43215 |
| Office Phone: | 614.621.9000 |

| | |
|---|---|
| Date of Birth: | 9/28/1948 |
| Law School: | unknown |
| How Admitted: | Not Applicable |

[CLE Enforcement]   [Discipline History]

[New Search]   [Previous Search List]

Questions or Comments:   Attorney Registration Section, 614.387.9320

## DEFINITIONS

### Active
Active attorneys may practice law in Ohio, assuming all other requirements are met.

### Inactive
Inactive attorneys may not practice law in Ohio or hold themselves out as authorized to practice