06 FEB 27 AM 10: 35

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **INGRID MARINO**<br>629 Oak Street #B<br>Columbus, OH 43215-3910 | : <br> : <br> : | **Case No. C2 06 85**<br>**JUDGE MARBLEY**<br>**MAGISTRATE JUDGE KEMP** |
| **Plaintiff** | : | |
| v. | : <br> : <br> : | **REPLY TO DEFENDANT'S MOTION FOR A MORE DEFINITIVE STATEMENT** |
| **BOARD OF TRUSTEES OF THE COLUMBUS**<br>**METROPOLITAN LIBRARY**<br>96 S. Grant Avenue<br>Columbus, OH 43215-4781 | : <br> : <br> : <br> : | **PURSUANT TO FEDERAL**<br>**CIV.R.12(e)** |
| **Defendant** | : | |

Plaintiff hereby respectfully advises the Court that, contrary to Defendant's claim, she is not currently licensed to practice law in Ohio or anywhere else. As was confirmed by the Ohio Supreme Court today, 2/27/06 at 8:00 A.M., Plaintiff's registration, number 0069293, ended on 8/28/98 together with Plaintiff's employment with Glimcher Development Corporation. Plaintiff's duties at Glimcher were retail lease negotiations.

Respectfully submitted

_____
Ingrid Marino *Plaintiff Pro Se*
629 Oak Street #B
Columbus, OH 43215-3910

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served on the following by ordinary U.S. Mail on this 26th day of February, 2006:

Carl A. Anthony
Freund, Freeze & Arnold
65 E. State Street, Suite 800
Columbus, Ohio 43215

                                                                                     Ingrid Marino