2006 MAR -9, A 8:10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **INGRID MARINO** | : | Case No. C2 06 85 |
| 629 Oak Street #B | : | JUDGE MARBLEY |
| Columbus, OH 43215-3910 | : | MAGISTRATE JUDGE KEMP |
| | : | |
| **Plaintiff** | : | |
| | : | |
| | : | REPLY TO DEFENDANT'S |
| v. | : | REPLY IN SUPPORT OF ITS |
| | : | MOTION FOR A MORE |
| | : | DEFINITIVE STATEMENT; |
| **BOARD OF TRUSTEES OF THE COLUMBUS** | : | MOTION FOR JUDGMENT FOR |
| **METROPOLITAN LIBRARY** | : | PLAINTIFF ON THE |
| 96 S. Grant Avenue | : | PLEADINGS |
| Columbus, OH 43215-4782 | : | |
| | : | |
| | : | |
| **Defendant** | : | |

As to Plaintiff's *pro se* status Plaintiff wishes to remind Defendant and the court that while she has legal education, no one would or could hire her to represent them in court. Also, not being a member of the federal bar she cannot avail herself of the ease and comfort of electronic filing. Plaintiff does admit to Defendant and its learned counsel that she, unlike he, would not have relied on an internet posting, however official looking, to accuse anyone of misrepresentation, least of all in a court of law. This action by Defendant was negligent at best and compounds its wrongdoing.

1

Defendant's 12e motion is without merit and should be denied. Answer by denial was possible. Defendant merely seeks to stall and delay adjudication of Plaintiff's grievance. Plaintiff wishes to advise the court upon information and belief that Wilson was fired from his job at the library on or about February 8, 2006, the date Plaintiff served her summons in this action. Plaintiff hereby moves the court for a ruling that Defendant has failed to file a timely answer to Plaintiff's complaint and for judgment for Plaintiff on her pleadings.

        Respectfully submitted

        _____
        Ingrid Marino *Plaintiff Pro Se*
        629 Oak Street #B
        Columbus, OH 43215-3910

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served on the following by ordinary U.S. Mail on this 9th[h] day of March, 2006:

Carl A. Anthony
Freund, Freeze & Arnold
65 E. State Street, Suite 800
Columbus, Ohio 43215

_____
Ingrid Marino