FILED
JAMES BONINI
CLERK

2006 MAR 27  A 8: 16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| INGRID MARINO<br>629 Oak Street #B<br>Columbus, OH 43215-3910 | Case No. C2 06 85<br>JUDGE MARBLEY<br>MAGISTRATE JUDGE KEMP |
| Plaintiff | |
| v. | MOTION TO DISMISS<br>PURSUANT TO FED.R.<br>CIV.P. 41 (a) (1) |
| METROPOLITAN LIBRARY<br>96 S. Grant Avenue<br>Columbus, OH 43215-4781 | |
| Defendant | |

Marino v. Board of Trustees of the Columbus Metropolitan Library                                                                                    Doc. 10

Plaintiff hereby respectfully moves the Court for an order under Federal Rule of Civil Procedure 41 (a) (1) to dismiss the Complaint .

Respectfully submitted

_____
Ingrid Marino *Plaintiff Pro Se*
629 Oak Street #B
Columbus, OH 43215-3910

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served on the following by ordinary U.S. Mail on this 27th[th] day of March, 2006:

Carl A. Anthony
Freund, Freeze & Arnold
65 E. State Street, Suite 800
Columbus, Ohio 43215-4247

_____
Ingrid Marino