IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Ingrid Marino                         :

    Plaintiff,                   :

        v.                        : Case No. 2:06-cv-0085

Board of Trustees of the              : JUDGE MARBLEY
Columbus Metropolitan Library
                                        :

    Defendant.

### ORDER

Plaintiff has filed a motion to dismiss under Fed.R.Civ.P. 41(a)(1). Because no answer or motion for summary judgment has been filed, she has the right to dismiss her case under that rule. The motion (#10) is therefore GRANTED. This case is DISMISSED WITHOUT PREJUDICE.

                                           s/Algenon L. Marbley
                                           Algenon L. Marbley
                                           United States District Judge