**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*SOUTHERN DISTRICT OF OHIO*

### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| Ingrid Marino | : |
| Plaintiff, | : |
| v. | : Case No. 2:06-cv-0085 |
| Board of Trustees of the Columbus Metropolitan Library | : JUDGE MARBLEY |
| | : |
| Defendant. | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the March 29, 2006. The motion to dismiss is GRANTED. This case is DISMISSED WITHOUT PREJUDICE.

Date: **March 29, 2006**         James Bonini, Clerk

                                                       s/Betty L. Clark
                                          Betty L. Clark/Deputy Clerk